United States District Court
Southern District of Texas
**ENTERED**
February 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EKHLAS HAMOODI, et al., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> UNITED STATES CITIZENSHIP § <br> AND IMMIGRATION SERVICES; § <br> UR MENDOZA JADDOU, Director, § <br> United States Citizenship § <br> and Immigration Services; § <br> and UNITED STATES OF AMERICA, § <br> § <br> Defendants. § | CIVIL ACTION NO. H-23-1713 |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion to Dismiss, this action is **DISMISSED WITHOUT PREJUDICE** as to Claims One and Three and is **DISMISSED WITH PREJUDICE** as to Claims Two and Four.

Costs will be taxed against the Plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 7th day of February, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE